JAMES A. TILLMAN, Appellant, *v.* RUSSO-ASIATIC BANK, Respondent.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 467.)

In the Matter of FRANK J. CLANCY, Respondent, against JOHN J. HALLERAN, as Commissioner of Public Works of the City of New York, Borough of Queens, et al., Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 258.)

DIANA KRONBERG, Respondent, *v.* EDBRO REALTY CO., INC., et al., Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 555.)

ROSE F. SNYDER, Respondent, *v.* FRANK V. BOPP et al., Appellants.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 576.)